```
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

----------------------------------------------------------------------X
                                                                     :

SCHEPIS, INC., et al.,                             :

                   Plaintiff,             :                   20-cv-2647 (LJL)

      -v-                                  :                         ORDER

CANELAS., et. al.,                              :

                  Defendants.       :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference on July 2, 2020, at which Plaintiff represented that a notice of voluntary dismissal was likely forthcoming in a matter of days, pending payment of certain funds by Defendant J.P. Morgan Chase Bank. No notice has been filed. Accordingly, the Initial Pretrial Conference is continued and shall proceed on July 17, 2020 at 1:00 p.m.

      In the event that the case is not discontinued, any objection to the pending motion to intervene (Dkt. No. 9) shall be filed no later than July 24, 2020, with any reply due by July 31, 2020.

SO ORDERED.

Dated: July 15, 2020
       New York, New York                         _____
                                                                        LEWIS J. LIMAN
                                                                  United States District Judge