```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SCHEPIS, INC. et al.,

                Plaintiffs,

            -v-

CANELAS, et al.,

                Defendant.
-------------------------------------------------------------------X

20-cv-2647 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    As discussed at a conference held today, IT IS HEREBY ORDERED:

1. Any answer or other response to the Counterclaim and Third-Party Complaint at Dkt. No. 33 shall be filed by August 12, 2020;

2. Motions, including the Attorney Defendants' anticipated motion for judgment on the pleadings, for sanctions, and to interplead contested funds shall also be filed by August 14, 2020, with opposition briefs due September 7, 2020, and reply briefs due September 22, 2020;

3. Discovery is stayed pending resolution of the anticipated motions.

SO ORDERED.

Dated: July 17, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge